**Order entered January 20, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00171-CV

**ANGELIA SMITH, KELVIN SMITH AND ALL OCC, Appellants**

**V.**

**SNUG OWNER, LLC. D/B/A THE BROOKLYN@9590, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05552-D**

### ORDER

Before the Court is appellants' January 18, 2023 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 17, 2023.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE